427 A.2d 1214

Commonwealth v. Matson, Appellant.

Argued November 12, 1979. Jay Y. Rubin, for appellant; Walter S. Vuckovick, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed on the opinion of Judge Earley of the court below.